## No. 13,834.

PEOPLE EX REL. CAMPBELL ET AL. *v.* CARSON, SUPERINTENDENT OF SCHOOLS FOR SAGUACHE COUNTY.
(62 P. [2d] 1407)

Decided November 23, 1936.

Judgment affirmed en banc without written opinion. Mr. Justice Burke, sitting for Mr. Chief Justice Campbell. Mr. Justice Bouck not participating.

Mr. THOMAS A. NEVENS, for plaintiff in error.

Mr. ROBERT R. TARBELL, for defendant in error.